UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:24-cr-137-Orl-CEM-RMN

**UNITED STATES OF AMERICA,**

v.

**GIOVANY JOEL CRESPO HERNANDEZ**

_____/

### CRESPO HERNANDEZ'S MOTION TO ADOPT AND JOIN THE MOTION TO COMPEL (DOC. 322)

Defendant, **GIOVANY JOEL CRESPO HERNANDEZ**, by and through his undersigned attorney, moves to adopt and join the motion to compel and as support states as follows:

Co-defendants filed a motion to compel (Doc. 322) on July 22, 2025 based on discussions previously had amongst all counsel. In the process of forwarding and reviewing the final version between counsel, Crespo Hernandez was unintentionally omitted from the motion.

WHEREFORE, CRESPO HERNANDEZ requests that this Court grant the motion, allow Hernandez to join and adopt the motion to compel, and any other relief the Court deems necessary and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on this 25th day of July 2025.

*Charles E. Taylor, Jr.*
Charles E. Taylor, Jr., Esquire
Florida Bar No.: 0529321
37 North Orange Avenue, Suite 500
Orlando, Florida 32801
Charles@attorneytaylor.com
Telephone: 407-244-5997
Facsimile: 407-614-1600

*/s/ Jeffrey Geldert Brown*
Jeffrey Geldert Brown
Brown Doherty Little
1646 W. Snow Ave. Suite #16
Tampa, FL 33606
727-299-0099
Email: jeff@lawbdl.com
Attorney for Defendant